UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADIRONDACK INSURANCE EXCHANGE,

                        Plaintiff,                        21 **CIVIL** 6387 (PMH)

             -against-                           **JUDGMENT**

ANGELO RUSSO, LAURA RUSSO, and
 INTERLAKEN OWNERS, INC.,

                     Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2023, Plaintiff's motion for summary judgment is GRANTED for the declaratory relief sought in the Complaint, as follows: (1) that [Adirondack] is not obligated to provide insurance coverage under the Adirondack Policy to any party for the claims asserted in the Underlying Action and/or Third-Party Action; (2) that [Adirondack] does not have a duty to defend and/or indemnify [Angelo], or any other party under the Adirondack Policy for the claims asserted in the Underlying Action and/or Third-Party Action; and (3) that [Adirondack] may withdraw from the courtesy defense that it is currently providing [Angelo], in the Third-Party Action.; accordingly, the case is closed.

**Dated:**  New York, New York
          September 20, 2023

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                         **BY:**
                                                    **Deputy Clerk**